```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE CAPSOLAS,

        Plaintiff,

        v.

PASTA RESOURCES, INC., BABBO LLC,
& FRANK LANGELLO,

        Defendants.

12 CV 5533 (PKC) (KPF)

**STIPULATION OF
DISCONTINUANCE
<u>WITH PREJUDICE</u>**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties in the above-entitled proceeding, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, this action is dismissed with prejudice, without costs to or against any party hereto. This stipulation may be filed without further notice with the Clerk of the Court.

        **IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterparts and that a facsimile signature shall be deemed an original.

Dated: New York, New York
       June __, 2013

JOSEPH & KIRSCHENBAUM LLP

_____
Maimon Kirschenbaum

233 Broadway, 5th Floor
New York, NY 10017
Tel: (212) 688-5640

*Attorneys for Plaintiff*

MORRISON COHEN LLP

_____
Keith A. Markel

909 Third Avenue
New York, New York 10022
Tel: (212) 735-8600

*Attorneys for Defendants*

The Clerk of Court is directed to close the case. SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE.
June 28, 2013
New York, New York